UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  **CONSENT TO PROCEED BY**
                                  **TELECONFERENCE**

      -v-

                                  -cr-    (    )

               Defendant(s).

------------------------------------------------------------X

Defendant **Hector Cerezo** hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ teleconferencing:

✓    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Felony Plea/Trial/Sentence

_Hector Cerezo (by J. Masella)_          _[signature]_
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Hector Cerezo_                     _Jessica Masella / John Hillebrecht_
Print Defendant's Name                      Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 26, 2020                    _[signature]_
Date                                     U.S. Magistrate Judge – ONA T. WANG